IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| ZACHARY CHRISTIAN, | ) | |
|---|---|---|
| *Plaintiff*, | ) | Civil Action No. 7:15-cv-00440 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| DOUG BAKER, | ) | Norman K. Moon |
| *Defendant.* | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for Plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 8th day of September, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE